250

**No. 50411.**—Protests 877765–G, etc., of International Harvest Hat Co. et al. (St. Louis, etc.).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50412.**—Protests 44216–K, etc., of Kaufmann Dept. Stores, Inc., et al. (Pittsburgh, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50413.**—Protest 91948–K of Sattler's (Buffalo).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 50414.**—Protests 992930–G, etc., of S. S. Kresge Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50415.**—Protest 104460–K of New York Merchandise Co., Inc. (New York).

Opinion by LAWRENCE, J.   The record established that the paperweights are similar in all material respects to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20).   In accordance therewith the claim at 40 percent under paragraph 339 was sustained.

**No. 50416.**—Protests 843449–G, etc., of N. Minami & Co. et al.   (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 50417.**—Protests 957942–G, etc., of Bullocks, Inc., et al.   (Los Angeles, etc.).

Opinion by LAWRENCE, J.   The protests were dismissed.

AUGUST 20, 1945

**No. 50418.**—————————————————Protest 95581–K of Robert E. Miller & Co., Inc.   C. D. 940.   Plaintiff's application for rehearing denied.

BEFORE THE FIRST DIVISION, AUGUST 22, 1945

**No. 50419.**—Protest 63653–K of The Emporium—Capwell Co. (San Francisco).